UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDOLPH W. GRIFFIN,<br><br>                            Petitioner,<br><br>-against-<br><br>A. TITUS, SUPERINTENDENT, ORLEANS CORRECTIONAL FACILITY,<br><br>                            Respondent. | 24cv5687 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 18, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 23, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge